IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VLINGO CORP., ) <br> ) <br> Defendant. ) | C.A. No. 09-585 (LPS) <br> (Consolidated) |

## STIPULATION AND ORDER

WHEREAS Nuance Communications, Inc. ("Nuance") and Vlingo Corp. ("Vlingo") (collectively, "the parties") have signed an agreement for Nuance to acquire Vlingo (*see* Exhibit A (Dec. 20, 2011 Press Release));

WHEREAS the parties have agreed that good cause exists to stay C.A. No. 09-585 (LPS), C.A. 10-621 (LPS), and C.A. No. 11-504 (LPS) pending progress towards the acquisition to conserve both Court and party resources;

NOW, THEREFORE, IT IS STIPULATED BY THE PARTIES, subject to the approval of the Court, that (1) all proceedings and deadlines in these actions are stayed through March 31, 2012; and (2) the parties shall file a joint status report on or before March 31, 2012 if a stipulation of dismissal has not been filed by that date.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Melanie K. Sharp* |
| Jack B. Blumenfeld (#1014) | Melanie K. Sharp (#2501) |
| Rodger D. Smith II (#3778) | Erika R. Caesar (#5143) |
| 1201 North Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899 | P.O. Box 391 |
| (302) 658-9200 | Wilmington, Delaware 19899-0391 |
| jblumenfeld@mnat.com | (302) 571-6681 |
| rsmith@mnat.com | msharp@ycst.com |
| *Attorneys for Nuance Communications, Inc.* | ecaesar@ycst.com |
| | *Attorneys for Vlingo Corporation* |
| OF COUNSEL: | OF COUNSEL: |
| Morgan Chu | Paul J. Hayes |
| Jonathan Kagan | Dean G. Bostock |
| IRELL & MANELLA LLP | HAYES, BOSTOCK & CRONIN, LLC |
| 1800 Avenue of the Stars, Suite 900 | 300 Brickstone Square, 9th Floor |
| Los Angeles, CA 90067 | Andover, MA 01810 |
| (310) 277-1010 | (978) 809-3850 |
| David McPhie | |
| Rebecca Clifford | |
| IRELL & MANELLA LLP | |
| 840 Newport Center Drive, Suite 400 | |
| Newport Beach, CA 92660 | |
| (310) 277-1010 | |

SO ORDERED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4759820.3